UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No. 2:17-cv-00532 WBS GGH |
| Petitioner, | |
| v. | ORDER |
| JOHN DAGOSTINI, | |
| Respondent. | |

Petitioner, being held in pretrial detention in Sacramento County Jail pursuant to a pending prosecution in El Dorado County, has filed a petition for a writ of habeas corpus seeking release from pretrial detention. ECF No. 1. The record does not, however, reflect either a motion to proceed in forma pauperis nor a recordation that filing fees have been paid. Petitioner shall therefore be ordered to file such a motion, if appropriate, or to pay the required filing fee for proceeding.

Petitioner has filed an ex parte motion for a hearing on his petition, ECF No. 5, and a further motion to expedite a "decision" on that motion ECF No 7. Neither of these documents had been brought to the undersigned's attention until the day of this Order.

In light of the foregoing, the court orders as follows:

1. Petitioner is directed to submit, within thirty days from the date of this order, an

1

affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Petitioner's failure to comply with this order will result in the dismissal of this action.

    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

    3. The Clerk of the Court is directed to serve a copy of petitioner's habeas petition, and the two motions he has filed, upon the District Attorney of El Dorado County, Vern Pierson, forthwith;

    4. The District Attorney shall file a response to the foregoing documents either in the form of a Motion to Dismiss or an Answer to the petition within 30 days after the service of this Order, or by July 17, 2017.

**IT IS SO ORDERED.**

Dated: June 15, 2017

                                        /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE