1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TODD ROBBEN,                              No.  2:17-cv-0532 WBS GGH

12                  Petitioner,

13          v.                                 ORDER

14   JOHN DAGOSTINI,

15                  Respondent.

16

17          On August 21, 2017, Respondent requested a 7-day extension of time to file a response to

18   Petitioner's Opposition Motion.  Good cause appearing therefore, IT IS HEREBY ORDERED

19   that:

20          1.      Respondent's request for a 7-day extension of time is GRANTED;

21          2.      The response is now due August 28, 2017.

22          IT IS SO ORDERED.

23   Dated: August 24, 2017

24                                             /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28