UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN DAGOSTINI.,<br><br>    Respondent. | No. 2:17-cv-00532 WBS GGH<br><br><br>ORDER |

Petitioner, appearing pro se in this habeas corpus action has requested that this court to grant him bail on his own recognizance while his habeas case pends, EC No. 30, and to take action to arrest his prosecution in the Sacramento Superior Court on a number of grounds including but not limited to his contention that the Judge assigned to his case has no authority to preside over his prosecution, is biased against him, has impermissibly denied his Motion to Disqualify under California Code of Civil Procedure section 170.6, and that the Sacramento Superior Court has no jurisdiction to try the case. Id.

Petitioner desires to get the ultimate relief which could be afforded in this habeas action through the mechanism of filing many pre-final resolution motions. The court will not engage in such. Petitioner has not shown the extraordinary circumstances which would allow bail pending final resolution of this action. See Turner v. Yates, 2006 WL 1097319 (E.D. Cal. 2006).

////

The request for bail is therefore denied without prejudice to its consideration in the final resolution of this case.

In accordance with the above, IT IS HEREBY ORDERED that:

Petitioner's Motion for Bail and related relief is DENIED;

Dated: August 30, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE