1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   TODD ROBBEN,                      No. 2:17-cv-00532-WBS-GGH
12              Petitioner,
13        v.                           ORDER
14   JOHN DAGOSTINI,
15              Respondent.
16

17        Petitioner, acting in pro se and in forma pauperis, brings this habeas matter regarding
18   alleged constitutional violations of rights right while he is incarcerated pending trial in the
19   Superior Court of Sacramento.  ECF No. 1.  On July 17, 2017 Respondent, through the El Dorado
20   County District Attorney, filed a motion to dismiss the petition, ECF No. 15, to which petitioner
21   filed opposition on August 7, 2017, ECF No. 22, which he supplemented on August 14, 2017,
22   ECF No. 26.  Responded filed a reply memorandum on August 24, 2017, ECF No. 33, after
23   which the dismissal motion was deemed submitted for decision.
24        In the interim petitioner has filed a request for subpoena, ECF No. 28, a motion for bail,
25   ECF No. 30, which was denied on August 30, 2017, ECF No. 37, a request to file a surreply, ECF
26   No. 38, a notice of a fraudulent claim and order for payment of fees by his trial counsel, ECF No.
27   39 filed September 5, 2017, a notice that he has filed with the California Supreme Court and a
28   petition for a writ of mandate to disqualify the trial judge in his case filed on September 5, 2017.

                                          1

ECF No. 40.

All of this post-motion to dismiss activity diverts the court's attention from the resolution of that motion which is under submission. In light of the foregoing IT IS HEREBY ORDERED:

1. Petitioner's surreply will be considered when this court issues its Findings and Recommendations on the pending motion;

2. Petitioner shall file no further documents, motions, or notices in this court until the pending motion to dismiss has been resolved through an order of the court;

3. The Clerk shall refrain from filing any such pre-resolution documents, if such are filed in violation of this order, and shall only note them on the court's docket as having been received.

**IT IS SO ORDERED**.

Dated: September 11, 2017

_/s/ Gregory G. Hollows_
UNITED STATES MAGISTRATE JUDGE