UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN DAGOSTINI,<br><br>        Respondent. | No. 2:17-cv-0532 WBS GGH<br><br><br>ORDER |

The court is currently undergoing review of respondent's motion to dismiss. However, upon review of the record, the petition to the California Supreme Court, which was denied on July 26, 2017, is absent from the record. Accordingly, IT IS HEREBY ORDERED that respondent file, within 7 days, the petition to the California Supreme Court.

IT IS SO ORDERED.

Dated: March 14, 2018

                                                          /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE